(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Walker, Carl A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Walker, Margaret M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-6136 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-1363 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>303 Chappel<br>Calumet City, IL 60409 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>303 Chappel<br>Calumet City, IL 60409 |
| County of Residence or of the<br>Principal Place of Business:   Cook | County of Residence or of the<br>Principal Place of Business:   Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11   ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-ov |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/04/2004
Time: 16:33:43
Debtor: CARL A WALKER
Case: 04-36733         Fee : 194
Chapter: 13 Rec. # : 3104477
Judge: Jack Schmetterer
341 mtg: 11/01/2004 @ 02:00PM
ConfHrg: 12/01/2004 @ 12:30PM
Trustee: TOM VAUGHN

1:04BK36733-BK001

*Chapter 13 W/No Plan* (stamp)

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Walker, Carl A. Walker, Margaret M. |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Northern District of Il** | Case Number: **00-34172** | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Carl A. Walker Sr* (signed)
Signature of Debtor **Carl A. Walker**

X *Margaret M Walker* (signed)
Signature of Joint Debtor **Margaret M. Walker**

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X (signed)
Signature of Attorney for Debtor(s)
~~Lorraine M. Greenberg~~  ARDC No.: ~~00129023~~ 62?A?6
Printed Name of Attorney for Debtor(s)
**Greenberg & Associates**
Firm Name
**20 East Jackson Boulevard
Suite 800
Chicago, Illinois, 60604**
Address
**(312) 408-0007  Fax: (312) 427-8543**
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X (signed)
Signature of Attorney for Debtor(s)   Date 6-27-04
~~Lorraine M. Greenberg~~   ARDC No.: ~~00129023~~

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| _Carl A. Walker Sr_ | _Maryann M Walker_ | _10-2-04_ | |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

| | | |
|---|---|---|
| Alverno Recv. Services<br>29 S Park Blvd<br>Greenwood, IN 46143 | American Collections<br>919 Estes Ct<br>Schaumburg, IL 60193 | American Credit Educat<br>2000 S Colo Blvd Ste 330<br>Denver, CO 80222 |
| Amo Recoveries Inc<br>401 - A Pilot Ct<br>Waukesha, WI 53188 | Asset Acceptance Llc<br>Po Box 2036<br>Warren, MI 48090 | C.B.U.S.A Inc<br>5252 Hohman<br>Hammond, IN 46325 |
| Capital One Bank<br>Po Box 85520<br>Richmond, VA 23285 | Carmel Financial Cor<br>101 E Carmel Dr Ste 200<br>Carmel, IN 46032 | Cb Usa Inc<br>Po Box 8000<br>Hammond, IN 46325 |
| Cfc Financial Llc<br>Po Box 2038<br>Warren, MI 48090 | City of Chicago<br>Bureau of Parking<br>333 South State Street, Ste. 540<br>Chicago, IL 60604 | City of Chicago<br>c/o Linebarger Goggan Blair & Samps<br>PO Box 06152<br>Chicago, IL 60606-0152 |
| Collection Company Of Am<br>700 Longwater Driv<br>Norwell, MA 02061 | Commonwealth Edison<br>Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | Commonwealth Marketing G<br>Customer Service<br>Uniontown, PA 15401 |
| Computer Credit Svc Co<br>Po Box 60201<br>Chicago, IL 60660 | Consumer Credit Svcs<br>1501 S Commerce St<br>Las Vegas, NV 89102 | Cred Protections Assoc<br>1355 Noel Rd Suite 2100<br>Dallas, TX 75240 |
| Cross Country Bank<br>Po Box 15371<br>Wilmington, DE 19850 | Cross County Bank<br>c/o First National Collection<br>3631 Warren Way<br>Reno, NV 89509 | Dependon Collection Se<br>7627 W Lake St 210<br>River Forest, IL 60305 |
| Draper & Kramer Inc<br>33 W Monroe St<br>Chicago, IL 60603 | First Natl Bk Marin<br>Po Box 98875<br>Las Vegas, NV 89193 | Genesis Financial Solu<br>8705 Sw Nimbus Ave Ste 3<br>Beaverton, OR 97008 |
| Household Auto Finance<br>P.O. Box 60115<br>City Of Industry, CA 91716-0115 | Household Automotive<br>11452 El Comino Re<br>San Diego, CA 92130 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 |
| Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St.<br>Chicago, IL 60601 | Illinois Student Assistance Comm<br>ATTN: Wage Witholding Department<br>P.O. Box 9063<br>Pleasanton, CA 94566-9063 | Internal Revenue Service<br>Stop 5030<br>230 S. Dearborn<br>Chicago, IL 60604 |

| | | |
|---|---|---|
| Komyatte & Associates<br>9650 Gordon Drive<br>Highland, IN 46322 | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081 | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081-2226 |
| Marlin Integrated Capita<br>Pob 8529<br>Philadelphia, PA 19101 | Mbga/Jc Penney<br>Po Box 981131<br>El Paso, TX 79998 | Medical Collections Sy<br>725 S. Wells Ave Ste 700<br>Chicago, IL 60607 |
| Medical Recovery Speci<br>2200 E Devon Ave Ste 288<br>Des Plaines, IL 60018 | Michael Reese Hospital<br>c/o Pellettieri & Associates<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | Midland Credit Mgmt<br>5775 Roscoe Ct<br>San Diego, CA 92123 |
| Midwest Divesified Svcs<br>Pob 1730<br>Highland Park, IL 60035 | Mutual Hospital Collect<br>2525 N Shadeland<br>Indianapolis, IN 46219 | Mutual Hospital Srvcs<br>2525 N Shadeland Ave Ste<br>Indianapolis, IN 46219 |
| Nationwide Credit & Co<br>9919 W Roosevelt Rd<br>Westchester, IL 60154 | Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | Nco Financial Systems<br>Pob 41466<br>Philadelphia, PA 19101 |
| Nicor Gas<br>Attn: Bankruptcy Department<br>P.O. Box 310<br>Aurora, IL 60507-0310 | Nuvell Credit<br>17500 Chenal Pkwy Ste 20<br>Little Rock, AR 72223 | Omni Credit Services Of<br>500 N Michigan Ave<br>Chicago, IL 60661 |
| Park Dansan<br>113 W 3rd Ave<br>Gastonia, NC 28052 | Premium Asset Recovery<br>350 Nw 12th Avenue #210<br>Deerfield Beach, FL 33442 | Professional Credit Se<br>500 Bi County Blvd Ste 3<br>Farmingdale, NY 11735 |
| Professnl Acct Mgmt In<br>2040 W Wisconsin Ave Ste<br>Milwaukee, WI 53233 | Providian Financial<br>Po Box 9180<br>Pleasanton, CA 94566 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566 |
| Sunrise Credit Services<br>260 Airport Plaza<br>Farmingdale, NY 11735 | U S Dept Of Ed/Fisl/At<br>Po Box 4222<br>Iowa City, IA 52244 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614 |
| United Credit National B<br>Po Box 1229<br>Sioux Falls, SD 57107 | US Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 4609<br>Utica, NY 13504-4609 | |

# United States Bankruptcy Court
## Northern District of Illinois

In re **Carl A. Walker / Margaret M. Walker**, Debtor(s)

Case No. _____

Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **0**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _10-2-04_

_(signature)_
Carl A. Walker
Signature of Debtor

Date: _10-2-04_

_(signature)_
Margaret M. Walker
Signature of Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Carl A. Walker, | ) | NO.: |
| Margaret M. Walker, | ) | |
| Debtors. | ) | |

DISCLOSURE OF FEES UNDER RULE 2016(b)

I certify that I am the attorney for said Debtor(s) and that the compensation paid or promised me for the services rendered or to be rendered in connection with said case is as follows:

$___306.00___ paid to date;

$___2,700.00___ to be requested at the hearing on attorneys fees to be held at the time of the confirmation hearing;

The source of the compensation paid or to be paid is Debtor(s)' funds; (Debtors have entered into the rights and responsibilities fee agreement option B);

I have not shared or agreed to share such compensation with any other person, outside member or regular associate of my law firm, without exception.

Date: October 4, 2004         BY: _____
                              LORRAINE M. GREENBERG & ASSOCIATES

LORRAINE M. GREENBERG & ASSOCIATES
20 East Jackson, Suite 800
Chicago, Illinois  60604
(312) 408-0007
ARDC No.: 03129023