```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


IN RE: CARL A. WALKER                  )
                                       )
                                       )
LITTON LOAN SERVICING INCORPORATED/)
CHASE MANHATTAN BANK, AS TRUSTEE,      )
           Creditor,                   )
                                       )
     vs.                               ) CASE NO. 04B36733
                                       ) JUDGE JACK B. SCHMETTERER
CARL A. WALKER,                        )
           Debtor                      )
                                       )
```

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Litton Loan Servicing Incorporated/Chase Manhattan Bank, as Trustee, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of the amount due on the loan as of June 6, 2008.

    a. Attorney's Fees          $250.00

    b. Escrow                 $4,037.83

    c. Post-petition fees/costs  $318.00

    d. Post-suspense           -$153.51

    Total                     $4,452.32

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Litton Loan Servicing

Incorporated/Chase Manhattan Bank, as Trustee rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
Litton Loan Servicing
Incorporated/Chase Manhattan
Bank, as Trustee

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088