```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 36733
    CARL A WALKER
    MARGARET M WALKER                           CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6136     SSN XXX-XX-1363

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/04/2004 and was confirmed 01/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 02/09/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
DRAPER & KRAMER            SECURED NOT I  NOT FILED            .00            .00
HOUSEHOLD AUTO FINANCE     SECURED NOT I  NOT FILED            .00            .00
HOUSEHOLD AUTO FINANCE C   SECURED NOT I  NOT FILED            .00            .00
LITTON LOAN SERVICING      CURRENT MORTG    56286.26           .00       56286.26
LITTON LOAN SERVICING      MORTGAGE ARRE    35923.00           .00       35923.00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          3290.87           .00        3290.87
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00            .00
ST MARGARET                UNSECURED      NOT FILED            .00            .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00            .00
AMERICAN FAIR CREDIT ASO   UNSECURED      NOT FILED            .00            .00
INGALLS FAM CARE BILLING   UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          425.67           .00          42.57
LITTLE CO OF MARY          UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED         1516.27           .00         151.63
CAPITAL ONE BANK           UNSECURED         1212.95           .00         121.30
CARMEL FINANCIAL CORPORA   UNSECURED         1312.73           .00         131.27
CB USA                     UNSECURED          378.87           .00          37.89
CB USA                     UNSECURED           75.10           .00           7.51
CUBSA INC                  UNSECURED             .00           .00            .00
LITTLE CO OF MARY HOSP     UNSECURED      NOT FILED            .00            .00
CFC FINANCIAL CORPORATIO   UNSECURED          711.00           .00          71.10
CITY OF CHICAGO PARKING    UNSECURED          260.00           .00          26.00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CALUMET CITY PUBLIC LIBR   UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
OBERWEIS DAIRY             UNSECURED      NOT FILED            .00            .00
DEPENDON COLLECTION SE     UNSECURED          591.00           .00          59.10
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          499.96           .00          50.00
PATHOLOGY CONSULTANTS      UNSECURED      NOT FILED            .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36733 CARL A WALKER & MARGARET M WALKER
```

```
BOYCIN MEDICAL CLINIC     UNSECURED         NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED            582.16           .00         58.22
UNITED CREDIT NATIONAL B  UNSECURED         NOT FILED           .00           .00
BUSCHBACK INSURANCE AGEN  UNSECURED         NOT FILED           .00           .00
ISAC                      UNSECURED           5408.73           .00        540.87
HAMMOND RADIOLOGISTS      UNSECURED         NOT FILED           .00           .00
HAMMOND RADIOLOGISTS      UNSECURED         NOT FILED           .00           .00
ZTEL COMMUNICATIONS       UNSECURED         NOT FILED           .00           .00
ZTEL COMMUNICATIONS       UNSECURED         NOT FILED           .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED         NOT FILED           .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED         NOT FILED           .00           .00
EVERGREEN MEDICAL SPECIA  UNSECURED         NOT FILED           .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED           .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED           .00           .00
MICHAEL REESE HOSPITAL    UNSECURED            434.00           .00         43.40
MIDLAND CREDIT MANAGEMEN  UNSECURED         NOT FILED           .00           .00
RADIOLOGY IMAGINING       UNSECURED         NOT FILED           .00           .00
ST MARGARET MERCY HEALTH  UNSECURED         NOT FILED           .00           .00
EMERGENCY ROOM PHYSICIAN  UNSECURED         NOT FILED           .00           .00
MACNEAL HOSPITAL          UNSECURED         NOT FILED           .00           .00
MACNEAL HOSPITAL          UNSECURED         NOT FILED           .00           .00
MACNEAL HOSPITAL          UNSECURED         NOT FILED           .00           .00
SOUTHWEST CENTER          UNSECURED         NOT FILED           .00           .00
SOUTHWEST CENTER          UNSECURED         NOT FILED           .00           .00
SOUTHWEST CENTER          UNSECURED         NOT FILED           .00           .00
MCI TELECOMMUNICATIONS I  UNSECURED         NOT FILED           .00           .00
NICOR GAS                 UNSECURED           1621.68           .00        162.17
NUVELL CREDIT CO LLC      UNSECURED         NOT FILED           .00           .00
ENDODONTIC & PERIODONTIC  UNSECURED         NOT FILED           .00           .00
PARK DANSAN               UNSECURED         NOT FILED           .00           .00
MACNEAL HOSPITAL          UNSECURED         NOT FILED           .00           .00
SPRINT PCS                UNSECURED         NOT FILED           .00           .00
TCF BANK                  UNSECURED         NOT FILED           .00           .00
SEVENTH AVENUE            UNSECURED            439.89           .00         43.99
AT & T WIRELESS           UNSECURED         NOT FILED           .00           .00
US DEPT OF EDUCATION      FILED LATE         22532.25           .00           .00
MUTUAL HOSPITAL SERVICES  UNSECURED            390.50           .00         39.05
MACNEAL EMERGENCY PHYSIC  UNSECURED         NOT FILED           .00           .00
UNITED CREDIT NATL BANK   UNSECURED         NOT FILED           .00           .00
OMNI CREDIT SERVICES      UNSECURED            501.34           .00         50.13
INTERNAL REVENUE SERVICE  UNSECURED            151.69           .00         15.17
ASSET ACCEPTANCE CORP     UNSECURED           1646.06           .00        164.61
ASSET ACCEPTANCE CORP     UNSECURED            338.39           .00         33.84
ASSET ACCEPTANCE CORP     UNSECURED            154.14           .00         15.41
CFC FINANCIAL CORPORATIO  UNSECURED               .00           .00           .00
LITTON LOAN SERVICING     NOTICE ONLY      NOT FILED           .00           .00
GREENBERG & ASSOC         DEBTOR ATTY        1,774.00                   1,774.00
TOM VAUGHN                TRUSTEE                                       6,308.39
DEBTOR REFUND             REFUND                                        4,394.99

                       PAGE  2 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 36733 CARL A WALKER & MARGARET M WALKER
```

```
        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    109,842.74

PRIORITY                                             3,290.87
SECURED                                             92,209.26
UNSECURED                                            1,865.23
ADMINISTRATIVE                                       1,774.00
TRUSTEE COMPENSATION                                 6,308.39
DEBTOR REFUND                                        4,394.99
                         ---------------       ---------------
TOTALS                     109,842.74              109,842.74
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/10/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE